Jeffrey M. YOUNG–BEY, Plaintiff–Appellant,

v.

Lieutenant T.O. MANSPEAKER, Lieutenant J. Fitzmaurice, Lieutenant D. Easton, Officer F. Perrin, Officer N. Kumjian, Lieutenant R. Torix, Donald Auxier, Cindy Anderson, Richie D. Swanson, Special Agent Denny Conway, FBI, Special Agent Yen Yuan, FBI, Officer Michael Gray, Officer Terry McDonald, Officer P. Purcell, Alicia P. Ball, and United States, Defendants–Appellees.

No. 02–1126.

United States Court of Appeals, Federal Circuit.

Feb. 15, 2002.

*ORDER*

GAJARSA, Circuit Judge.

Upon review of Jeffrey M. Young–Bey's notice of appeal of an order of the United States District Court for the Central District of California denying his motion to

---

nate dismissals as being with or without prejudice.

disqualify the district court judge and magistrate in his civil rights action,

IT IS ORDERED THAT:

The appeal is dismissed for lack of jurisdiction. 28 U.S.C. § 1295.